The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUSTIN RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION,<br><br>Defendant. | NO. 2:20-cv-0702-BJR<br><br>**ORDER STAYING CASE PENDING RESOLUTION IN BANKRUPTCY PROCEEDINGS** |

The Court has been advised that Defendant has filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. *See* Joint Status Report, Dkt. No. 7. Accordingly, the Court stays these proceedings pending resolution in the Bankruptcy Court. The Parties are ORDERED to file a status report on the progress of Defendant's bankruptcy proceedings every 180 days from the date of this Order, and within 30 days of resolution of the bankruptcy proceedings.

DATED this 30th day of March, 2022.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER RE: MOTION TO STAY

- 1