THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AUSTIN RICHARDSON, an individual,<br><br>Plaintiff,<br>v.<br><br>THE HERTZ CORPORATION,<br><br>Defendant. | CASE NO. 2:20-cv-702-BJR<br><br>ORDER OF DISMISSAL |

Having reviewed the Notice of Withdrawal of Complaints and Claims (Dkt. No. 9), the Court HEREBY GRANTS Plaintiff's request to withdrawal all claims against Defendant and further ORDERS that this case is DISMISSED.

Dated this 27th day of September 2022.

Barbara Jacobs Rothstein
U.S. District Court Judge